

June 16, 2021

**VIA E-COURTS**
**Chief Justice Margo K. Brodie**
**225 Cadman Plaza East**
**Brooklyn, New York 11201**
**Courtroom: 5F**
**Chambers: N 626**

      Re: *United States v. Herman Segal*
           Eastern District of New York; Cr No. 1:20-cr-00551(MKB)(CLP)

Dear Chief Justice Brodie:

This firm represents defendant Herman Segal ("Mr. Segal") in the above-captioned matter. We write to respectfully request a 30-day adjournment of the status conference that is scheduled for June 25, 2021. We are aware that July 25, 2021 is a Sunday, so we would like to suggest either July 23, 2021 or July 26, 2021.

The reason for the request is that discovery is on going and the parties are still in the preliminary stages of the case. We have conferred with the government and they have no objection.

We thank the Court for its courtesies and consideration of this submission.

                                      Respectfully submitted,

                                      **BECKER & POLIAKOFF, LLP**

                                      */s/James J. Mahon*

                                      James J. Mahon