

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DGR
F. #2016R01326

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 15, 2021

By ECF

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Herman Segal,
      Criminal Docket No. 20-551 (MKB)

Dear Chief Judge Brodie:

  The government writes in connection with the above-captioned matter to respectfully request a thirty-day adjournment of the status conference currently scheduled for December 16, 2021 at 10:30 a.m.  The parties are still engaged in discovery and plea negotiations, and we respectfully request and adjournment of this matter for thirty days to continue those efforts.  Additionally, with the consent of defense counsel, the government also asks the Court to exclude time under the Speedy Trial Act through the new status conference date, which exclusion is in the interests of justice.

           Respectfully submitted,

          BREON PEACE
          United States Attorney

     By:   /s/Drew G. Rolle
          Drew G. Rolle
          Assistant U.S. Attorney
          (718) 254-6783

cc: James Mahon, Esq. (Counsel to the defendant) (by ECF)