

U.S. Department of Justice

United States Attorney
Eastern District of New York

DGR
F. #2016R01326

271 Cadman Plaza East
Brooklyn, New York 11201

December 1, 2022

By ECF

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Herman Segal,
                  Criminal Docket No. 20-551 (MKB)

Dear Chief Judge Brodie:

        The government writes in connection with the above-captioned matter, and with the consent of defense counsel, to respectfully request a sixty day adjournment of the status conference currently scheduled for December 2, 2022 at 10:00 a.m.

        Since the parties' last appearance before the Court, the parties have continued to review recently exchanged documents in support of the ongoing plea negotiations. The parties are currently working to schedule additional in person meetings to discuss the evidence and proposed pre-trial disposition. Given the ongoing plea discussions and the need for additional time to complete them, and in view of the upcoming holidays, the parties jointly request an adjournment of this matter for sixty days. Additionally, with the consent of defense counsel, the government also asks the Court to exclude time under the Speedy

Trial Act through the new status conference date, which exclusion is in the interests of justice.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

By:      /s/Drew G. Rolle
                                        Drew G. Rolle
                                        Assistant U.S. Attorney
                                        (718) 254-6783

cc:    James Mahon, Esq. (Counsel to the defendant) (by ECF)
        Samantha Lesser, Esq. (Counsel to the defendant) (by ECF)