

U.S. Department of Justice

United States Attorney
Eastern District of New York

DGR
F. #2016R01326

271 Cadman Plaza East
Brooklyn, New York 11201

May 10, 2023

<u>By ECF</u>

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Herman Segal,
     Criminal Docket No. 20-551 (MKB)</u>

Dear Chief Judge Brodie:

  The government writes in connection with the above-captioned matter, and with the consent of defense counsel, to respectfully request a thirty day adjournment of the status conference currently scheduled for May 10, 2023 at 10:00 a.m.

  On May 8, defense counsel informed the government that they are preparing to produce additional discovery to the government. The government expects this defense discovery to be material to the ongoing plea negotiations between the parties. Having conferred with each other, the parties jointly request that the Court adjourn the currently scheduled status conference for thirty days. In addition, with the consent of defense counsel,

the government also asks the Court to exclude time under the Speedy Trial Act through the new status conference date, which exclusion is in the interests of justice.

                                             Respectfully submitted,

                                             BREON PEACE
                                             United States Attorney

By:    /s/Drew G. Rolle
       Drew G. Rolle
       Assistant U.S. Attorney
       (718) 254-6783

cc:    James Mahon, Esq. (Counsel to the defendant) (by ECF)
       Samantha Lesser, Esq. (Counsel to the defendant) (by ECF)