James J. Mahon
jmahon@beckerlawyers.com
Phone: (212) 599-3322
Fax: (212) 557-0295

Becker & Poliakoff, LLP
45 Broadway, 17th Floor
New York, NY 10006

October 18, 2023

**VIA ECF**
Honorable Margo K. Brodie
Chief Judge
U.S. District Court for EDNY
225 Cadman Plaza East
Courtroom 6F, Chambers N 626
Brooklyn, NY  11201

Re: **United States of America v. Herman Segal**
**1:20-cr-00551-MKB**

Dear Hon. Judge Brodie:

We have just been informed by AUSA Drew Rolle that he now has authorization to move forward on our proposed plea in the above-captioned matter. For this reason, we are requesting that the conference currently scheduled to occur on Friday, October 20, 2023, be cancelled.

At this time, your case manager Ms. Valentin advised that your Honor is on trial next week, but a magistrate judge may be available to preside over the plea.  We would like to request to appear before the magistrate judge on Tuesday (10/23), Wednesday (10/24) or Thursday (10/25), preferably after 11:00 A.M. to accommodate our client, who suffers from certain disabilities.

Respectfully submitted,

**BECKER & POLIAKOFF, LLP**

*/s/ James J. Mahon*
James J. Mahon