JPL:DGR
F. #2016R01326

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | S U P E R S E D I N G <br> M I S D E M E A N O R |
| - against - | I N F O R M A T I O N |
| HERMAN SEGAL, | Cr. No. <u>20-551 (MKB)</u> <br> (T. 26, U.S.C., § 7203; T. 18, U.S.C., §§ 2 |
| Defendant. | and 3551 <u>et</u> <u>seq</u>.) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

<u>FAILURE TO FILE RETURN</u>

On or about April 15, 2015, within the Eastern District of New York and elsewhere, the defendant HERMAN SEGAL, together with others, did knowingly and willfully fail to make and file with the Internal Revenue Service a United States individual income tax return (IRS Form 1040) for the 2014 calendar year, whereas, as SEGAL then and there well knew and believed, he had received taxable income in the 2014 calendar year, in the approximate amount of $43,404, and by reason of such income was required by law, following the close of

the 2014 calendar year, to make and file an IRS Form 1040 with the IRS, stating specifically the items of his gross income and any deductions and credits to which he was entitled.

(Title 26, United States Code, Section 7203; Title 18, United States Code, Sections 3551 et seq.)

*By Carolyn Pokorny, Assistant U.S. Attorney*

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2016R01326

FORM DBD-34
JUN 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

HERMAN SEGAL,

Defendant.

# SUPERSEDING MISDEMEANOR INFORMATION

(T. 26, U.S.C., § 7203; T. 18, U.S.C., §§ 2 and 3551 et seq.)

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____

*Clerk*

*Bail, $* _____

***Drew G. Rolle, Assistant U.S. Attorney (718) 254-6783***