**DOCKET NUMBER:** 20 CR 0551

**CRIMINAL CAUSE FOR** Pleading

**BEFORE CHERYL L. POLLAK, U.S.M.J.**   **DATE:** 10/24/2023   **TIME IN COURT:** 35 minutes

**DEFENDANT'S NAME:** Herman Segal
X  Present       ___  Not Present       ___  Custody       X  Not Custody

**DEFENSE COUNSEL:** James John Mahon, Samantha Lesser
___  Federal Defender   ___  CJA   X  Retained

**A.U.S.A.:** Drew Rolle       **PRETRIAL/PROBATION:**

___  **COURT REPORTER**   X  **ESR OPERATOR**  Clare Heine       **LOG:** 9:24-9:59 AM

**INTERPRETER:** None       **LANGUAGE:** n/a

| | | |
|---|---|---|
| ___ | Arraignment | ___ Revocation of Probation – non-contested |
| X | Change of Plea Hearing (~*Util-Plea Entered*) | ___ Revocation of Probation – contested |
| ___ | In Chambers Conference | ___ Sentencing – non-evidentiary |
| ___ | Pre-Trial Conference | ___ Sentencing – contested |
| ___ | Initial Appearance | ___ Revocation of Supervised Rel. – evidentiary |
| ___ | Status Conference | ___ Revocation of Supervised Rel. – non-evidentiary |
| ___ | Telephone Conference | ___ Voir Dire Begun |
| ___ | Jury Selection | ___ Voir Dire Held |
| ___ | Motion Hearing – evidentiary | |
| ___ | Other Hearing: | |

X  Case called
X  Defendant:       Sworn       Informed of Rights
X  Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
___  Waiver of Indictment Executed
X  Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
X  Court Finds Factual Basis for the Plea
___  Sentencing Set for:
X  Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
___  Order of Excludable Delay Entered:    From                    To
___  Order of Temporary Detention Entered

**TEXT**

Case called. Defendant Herman Segal present with Counsel James John Mahon, Samantha Lesser. AUSA Drew Rolle present for the government. Defendant consented to having plea taken by Magistrate Judge Pollak. Defendant pleads guilty to Count One of the Superseding Misdemeanor Information (Failure to File Return, 26 U.S.C. § 7203). Judge Pollak recommends that Judge Brodie accept defendant's plea.

**UTILITIES**

| | | | |
|---|---|---|---|
| X | ~Util-Plea Entered | _____ | ~Util-Add/Terminate Attorneys |
| _____ | ~Util-Exparte Matter | _____ | ~Util-Terminate Parties |
| _____ | ~Util-Set/Reset Deadlines | _____ | ~Util-Indictment Unsealed |
| _____ | ~Util-Set/Reset Hearings | _____ | ~Util-Information Unsealed |
| _____ | ~Util-Set/Reset Deadlines/Hearings | _____ | ~Util-Bond Set/Reset |
| _____ | ~Util-Terminate Motions | _____ | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |